FILED

2022 JUN -7 AM 10: 55

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
For the
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BEFAITHFUL COKER,

Plaintiff, CASE NO.:3:22-cv-518-MMH-LLL

vs.

SLYVESTER WARREN, III, et. al.

Defendants.

**MOTION TO VOLUNTARILY REMOVE V. COKER AND M. COKER AS PARTIES AND DISMISS ONLY KOBERLEIN LAW OFFICE AND ROBINSON, KEENON, AND KENDROW, PA**

COMES NOW, the Plaintiff, BEFAITHFUL COKER, who files this request to remove V. Coker and M. Coker without prejudice and dismissal of action against **KOBERLEIN LAW OFFICE AND ROBINSON, KEENON, AND KENDROW, PA.** This Notice is filed prior to the filing of any answer or motion for summary judgment by the said Defendants. This dismissal applies only to **KOBERLEIN LAW OFFICE AND ROBINSON, KEENON, AND KENDROW, PA** and to no other Defendants.

Filed on this 7th day of June, 2022.

Respectfully submitted,

Befaithful Coker
PO Box 15
Lake City, Florida 32056
befaithfulcoker@gmail.com

# UNITED STATES DISTRICT COURT
For the
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BEFAITHFUL COKER,

Plaintiff, CASE NO.:**3:22-cv-518-MMH-LLL**

vs.

SLYVESTER WARREN, III,et al.

Defendants.

## CERTIFICATE OF SERVICE

The Motion To Voluntarily Remove V. Coker And M. Coker As Parties And Dismiss Only Koberlein Law Office And Robinson, Keenon, And Kendrow, Pa And The Third Amended And Restated Complaint And Demand For Jury Trial Was Served Upon Each Defendant By First Class Mail And Email As listed below on June 7, 2022:

a. SYLVESTER WARREN III,
930 Joe Coney Street
Lake City, FL 32055
swarren3rd@icloud.com

b. JUSTICE AND EQUALITY COALITION, INCORPORATED
Incorporated on July 31, 2020 in the State of Florida
930 Joe Coney Street
Lake City, FL 32055
Registered Agent: Sylvester Warren III
swarren3rd@icloud.com

c. AUDREY SIKES
Clerk of the City of Lake City Council
Deputy Supervisor of Election
(hereinafter "Defendant Deputy Supervisor")
233 NW Overflow Lake Drive
Lake City, FL 32055
sikesa@lcfla.com

d. CITY COUNCIL OF LAKE CITY FLORIDA
(hereinafter "Defendant City Council")
% City Clerk
205 N. Marion Avenue
Lake City, FL 32025
sikesa@lcfla.com

e. CHRISTOPHER TODD SAMPSON
Lake City Council
(hereinafter "Defendant Sampson")
495 SW Lakeview AVE
Lake City, FL 32025
sampsont@lcfla.com

f. JAKE HILL
Lake City Council
(hereinafter "Defendant Hill")
499 NW Dixie Avenue
Lake City, FL 32025
hillj@lcfla.com

g. EUGENE JEFFERSON
Lake City Council
(hereinafter "Defendant Jefferson")
721 NE Center Avenue
Lake City, FL 32025
jeffersone@lcfla.com

h. STEPHEN WITT
Lake City Council

(hereinafter "Defendant Witt")
1809 Sw Paloma Court
Lake City, Fl 32025
witts@lcfla.com

i. FRED KOBERLEIN JR.
(hereinafter "Defendant City Attorney")
509 NW Savannah Circle
Lake City, Fl 32025
386.365.5007
fred@klolaw.com

j. KOBERLEIN LAW OFFICE
City of Lake City
(hereinafter "Defendant Koberlein Law")
855 SW Baya Drive
Lake City, FL 32025

k. KRIS BRADSHAW ROBINSON
Robinson, Keenon, and Kendrom, PA
(hereinafter "Defendant Robinson")
655 NW Lona Loop
Lake City, FL 32025
KBR@RKKATTORNEYS.COM

l. ROBINSON, KEENON, AND KENDROM, P.A.
(hereinafter "Defendant RKK")
582 W. Duval Street
Lake City, FL 32055

m. DAVID FINA
(hereinafter "Defendant Fina")
200 S. Ohio Avenue #104
Live Oak, FL 32064

14146 92nd Trail
Live Oak, FL 32060

n. TOMI BROWN
Supervisor of Elections - Columbia County, Florida

(hereinafter "Defendant Brown")
vote@votecolumbia.com
971 W. Duval Street, 102
Lake City, FL 32055

o. COLUMBIA COUNTY BOARD OF COUNTY COMMISSIONERS
% Chairman Rocky Ford
(hereinafter "Defendant CCBCC")
135 NE Hernando Avenue, Suite 203
Lake City, FL 32055
bccadmin@columbiacountyfla.com

p. RONALD WILLIAMS
Columbia County Board Of County Commissioners
440 Nw Winfield St
Lake City, Fl 32055
ron_williams@columbiacountyfla.com

q. STEPHEN DOUGLAS
205 SE Butler Glenn
Lake City, FL 32025
stephen@lakecitystorage.com

r. JOEL FLETCHER FOREMAN
County Attorney
137 NW Madison Street
Lake City, FL 32025
joel@foreman.law

s. NORTHEAST FLORIDA NEWSPAPERS, LLC
DBA LAKE CITY REPORTER
DBA CNI NEWS
1825 St. Johns Avenue
Palatka, FL 32177

t. TODD WILSON
126 NW Irish Glenn
Lake City, FL 32055
twilson@lakecityreporter.com

u. GLENNELL BOWDEN
1156 Ne Bascom Norris
Lake City, Fl 32025
glenelbowden1@aol.com

v. VANESSA GEORGE
930 Joe Coney Street
Lake City, FL 32055

w. NATHAN GAMBLES
318 NW Mathews Street
Lake City, FL 32055

5711 Crowntree Lane
Orlando, FL 32029

x. LAKE CITY, COLUMBIA COUNTY CHAMBER OF COMMERCE
162 S. Marion Avenue
Registered Agent: Joseph O'Hearn
Lake City, FL 32025

y. STEVE SMITH
377 NW Lona Loop
Lake City, FL 32025

z. SECRETARY OF STATE
RA Gray Building
Tallahassee, FL 32301

June 7, 2022

Befaithful Coker, Pro Se
PO Box 15
Lake City, Florida 32056
386.697.6075
Befaithfulcoker@gmail.com