IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BEFAITHFUL COKER,
MINOR CHILD V, COKER,
AND MINOR CHILD M. COKER

CASE NO. 3:22-cv-00518-MMH-LLL

Plaintiffs

v.

SYLVESTER WARREN, III Et. Al

________________________________/

**AMENDED MOTION TO DISMISS**

**COMES NOW**, Sylvester Warren, III, Vanesa George, Glennel Bowden, Nathan Gambles, and the Justice and Equality Coalition, Inc., and files this Motion to Dismiss, and States as follows:

1. The Plaintiff fails to state a cause of action for which relief can be granted, and therefore, the Third Amended Complaint should be dismissed against Sylvester Warren, III, Vanesa George, Glennel Bowden, Nathan Gambles, and the Justice and Equality Coalition, Inc. under Federal Rule of Civil Procedure 12(b)(6).

2. There is insufficient subject matter jurisdiction, as it pertains to the above listed defendants, to invoke the jurisdiction of this Court. Therefore, this case should be dismissed against them under Federal Rule of Civil Procedure 12(b)(1).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic format to: Befaithful Coker at befaithfulcoker@gmail.com, this 13th day of July, 2022.

**SELLERS, TAYLOR & MORRISON, P.A.**

By: _/s/ Lucas J. Taylor_______________
Lucas J. Taylor
Florida Bar No.: 0045048
108 West Howard Street
Live Oak, Florida 32064
(386) 208-1080
(386) 208-1090 Facsimile
lucas.taylor@suwannneelawyers.com
Attorney for Sylvester Warren, III, Vanesa George, Glennel Bowden, Nathan Gambles, and the Justice and Equality Coalition, Inc.