UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BEFAITHFUL COKER,

    Plaintiff,

vs.
                                  Case No. 3:22-cv-518-MMH-LLL

SLYVESTER WARREN, III, et al.,

    Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before Court on the Amended Motion to Dismiss (Doc. 62; Motion), filed on July 13, 2022, by Defendants Sylvester Warren, III, Vanesa George, Glennel Bowden, Nathan Gambles, and the Justice and Equality Coalition, Inc. Upon review, the Court finds that Defendants have failed to include a memorandum of law in support of the Motion as required by the Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)). Specifically, Local Rule 3.01(a) provides that all motions must include "a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." See Local Rule 3.01(a) (emphasis added). In addition, it appears that Defendants have failed to include the certification required pursuant to Local Rule 3.01(g), regarding the duty to confer. Local Rule 3.01(g) requires that motions include

1

a certificate, (1) confirming that the movant has conferred with the opposing party, (2) indicating whether the parties agree on the resolution of the motion, and (3) if the motion is opposed, explaining the means by which the conference occurred. See Local Rule 3.01(g). Finally, the Motion does not appear to comply with the typography requirements set forth in Local Rule 1.08(a)-(b).

In light of the foregoing, the Court concludes that the Motion is due to be stricken for failure to comply with the Local Rules. Accordingly, it is

**ORDERED:**

1. The Amended Motion to Dismiss (Doc. 62) is **STRICKEN.**
2. Defendants Sylvester Warren, III, Vanesa George, Glennel Bowden, Nathan Gambles, and the Justice and Equality Coalition, Inc. may file an amended motion which complies with the Local Rules of this Court on or before **July 27, 2022**.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of July, 2022.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies:

Counsel of Record
Pro Se Parties