UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BEFAITHFUL COKER, CASE NO.: 3:22-cv-518-MMH-LLL

Plaintiff,

v.

SYLVESTER WARREN, III; et. al.

Defendants.
_________________________________/

**SUPPLEMENT PER LOCAL RULE 3.01(g)(3) OF PLAINTIFF'S OPPOSITION TO JOEL FOREMAN'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO QUASH SERVICE**

Defendant, JOEL FOREMAN'S, supplement to his Certificate of Conference per Rule 3.01(g)(3) to advise the Court that Plaintiff has represented that she does have an objection to Defendant Joel Foreman's Motion to Dismiss Plaintiff's Third Amended Complaint, or in the Alternative, Motion to Quash Service [ECF 81], as documented in the updated Certificate below:

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned conferred with Ms. Coker via email. On July 18, 2022, at 6:16 p.m., Ms. Coker acknowledged her filing of the Third Amended Complaint [ECF 10] and indicated that she opposes Defendant JOEL FOREMAN'S filing of his Motion to Dismiss Plaintiff's Third Amended Complaint, or in the Alternative, Motion to Quash Service [ECF 81.]

Respectfully submitted this 19th day of July 2022.

/s/*Stephanie Roman Caban*
Stephanie Roman Caban
McConnaughhay, Coonrod, Pope,
Weaver & Stern, P.A.
Florida Bar No.: 1030977
sromancaban@mcconnaughhay.com
1709 Hermitage Boulevard, Suite 200
Tallahassee, FL 32308
Phone: (850) 222-8121
Fax: (850) 222-4359
Counsel for Defendant Commissioner
Ronald Williams

**CERTIFICATE OF SERVICE**

I CERTIFY that the foregoing pleading is served by filing with the Clerk of Court for service through the Court's CM/ECF system on all parties who have appeared in this case.

/s/*Stephanie Roman Caban*
Stephanie Roman Caban

000071-56950 55