# UNITED STATES DISTRICT COURT

For the
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BEFAITHFUL COKER,

Plaintiffs, CASE NO.:**322-CV-518-MMH-LLL**

vs.

SLYVESTER WARREN, III,et al.

Defendants.

**EMERGENCY NOTICE OF REMOVAL**

Comes now, BEFAITHFUL COKER, who in accordance to Rule 1.06 of the Federal Rules of Civil Procedures files this Emergency Notice of Removal showing the Court as follows:

1. The Plaintiff filed Case No. 2021-CA-268 on October 13, 2021, in the Third Circuit Court of Columbia County (hereinafter the "Sunshine Violation Case"). **Exhibit A**
2. In the Sunshine Violation Case the parties are Plaintiff Befaithful Coker and Defendants the City of Lake City Council.
3. Plaintiff filed Case No. 2021-CA-288 on November 8, 2021, in the Third Circuit Court of Columbia County (hereinafter referred to as "Self-Executing Order to Seat Coker"). **Exhibit B**

4. In Case No. 2021-CA-288 the parties are Plaintiff Befaithful Coker and Defendants City Council of Lake City Florida, and Audrey Sikes.

5. The Plaintiff alleges in Case 2021-CA-288 the City Council of Lake City failed to seat her as the selected councilmember in District 14 and Audrey Sikes failed to discharge her duties as City Clerk.

6. The Third Judicial Circuit Court of Columbia County, Florida issued a self-executing Order on November 8, 2021 entitled Alternative Writ in Mandamus and Order Nisi in Prohibition (**Exhibit C**) requiring the Plaintiff be seated in twenty (20) days in the absence of cause by the Defendants, the deadline was November 29, 2021.

7. Instead of filing an Answer, Defendant Fina was assigned to the Case and Defendants delayed proceedings with Motions.

8. Plaintiff filed an Emergency Writ of Mandamus in Case No. 2022-CA-0463 in the First District Court of Appeals on February 16, 2022;

9. Despite the pending request in the First District Court of Appeals, the Third Circuit Court of Columbia County did not automatically stay proceedings and instead:

a. On February 18, 2022, entered an Order Granting Audrey Sikes Motion to Dismiss Failure to State a Cause of Action

b. On February 19, 2022, entered Order Granting Intervenor's Motion Ore Tenus Motion for Consolidation

c. On February 21, 2022, entered Order Granting Motion to Intervene.

d. The First District Court of Appeals declined to hear the Writ of Mandamus and Plaintiff appealed.

10. On May 7, 2022, to address the urgency of the impending local election cycle Plaintiff filed an action in the US Middle District of Florida Orlando Division ultimately transferred to the Jacksonville Division.

11. Plaintiff did not file a Notice of Removal at the time of filing this Federal case to allow receipt of a pending disposition to the Writ of Mandamus then before the First District Court of Appeal State Cases

12. On May 20, 2022, the Third Circuit Court of Columbia County Order a Stay of the proceedings following the entry of an Order declaring the Defendants City Council could proceed with the current election for the seat withheld from Plaintiff despite the issue pending in the First District Court of Appeal, and the case in the

Federal Court, and the noncompliance to the Self-Executing Order to Seat Coker.

13. On July 15, 2022 the parties began Case Management Report discussions in the Federal Case to where Plaintiff disclosed she would file a Notice of Removal for the related cases to Federal Court.

14. Defendants City Council, Sikes, Douglas, Koberlein, Robinson, Fina, and Foreman schedule a hearing in the Third Circuit Court of Columbia Countyon dates the Plaintiff timely declared unavailability arriving from the current election dates, this current case, and prior obligations (**Exhibit D**).

15. Neither Plaintiff nor Defendants filed motions to lift the Stay ordered on by the Third Circuit Court of Columbia County, and neither did Defendant Fina Order the Stay be lifted.

16. The District Court has jurisdiction to hear the federal question under USC 52, Section 10308(f) to Jurisdiction of district courts; exhaustion of administrative or other remedies unnecessary. The district courts of the United States shall have jurisdiction of proceedings instituted pursuant to this section and shall exercise the same without regard to whether a person asserting rights under the provisions of chapters 103 to 107 of this title shall have

exhausted any administrative or other remedies that may be provided by law.

17. The issues and allegations Plaintiff raises in the Sunshine Violation Case are the same federal questions included in the Case No. 3:22-cv-00518.

18. The issues and allegations Plaintiff raises in the Self-Executing Order to Seat Coker Case are the same federal questions included in the Case No. 3:22-cv-00518.

19. USC 52, Section 10308(f) does not require Plaintiff to exhaust all remedy prior to requesting removal of the cases to the Federal Court.

20. Defendants City Council, Sikes, Foreman, Koberlein, Robinson, and Douglas have delayed the proceedings in the Third Circuit Court of Columbia Countyby refusing to comply with a lawful Order of the Circuit Court and now while the matter is before the this court seek to hold hearings in the middle of an election season and onerous requirements in a federal case involving many co defendants in alleged conspired efforts.

21. Defendants City Council, County Commissioner, Foreman, Koberlein, and Robinson continue to deprive Plaintiff of rights and liberties under election laws.

22. Defendants City Council, County Commissioner, Foreman, Koberlein, and Robinson held an unlawful campaign forum at a facility owned and operated by Defendants City Council and County Commissioner, deliberately excluding Plaintiff's name from the list of candidates who had qualified for the election despite there being enough advanced notice and time for a correction to be included in the press release. (**Exhibit E**)

23. Plaintiff does not believe she can receive a fair trial in the State Case under lawyers and a judge who are co defendants in a federal case alleging among other things their conspired efforts to deprive her of civil rights and liberties, while the conspired efforts continue.

24. Plaintiff will file separately a Supplement containing all pleadings served and other papers now on file in the Third Circuit Court of Columbia County.

25. A copy of this Notice of Removal is being duly served upon Defendants on their attorney and a copy of this Notice of Removal has been filed with the Clerk of the Circuit Court of Columbia County, Florida.

**Wherefore,** Plaintiff prays for removal of this cause to the above styled Court and for a stay of all proceedings in the State Circuit Court action.

Respectfully submitted on this 10th day of August, 2022,

Befaithful Coker
PO Box 15
Lake City, FL 32056
386.697.6075

# EXHIBIT C

Filing # 138133548 E-Filed 11/08/2021 05:15:25 PM

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
IN AND FOR COLUMBIA COUNTY, FLORIDA

BEFAITHFUL COKER,
Petitioner,

CASE NO.: 2021-288-CA

vs.

CITY COUNCIL OF LAKE CITY, FLORIDA, Individually and Collectively; and AUDREY SIKES, in her capacity as CITY CLERK OF LAKE CITY,
Respondents.
_______________________________/

UNOFFICIAL DOCUMENT

**ALTERNATIVE WRIT IN MANDAMUS, AND ORDER NISI IN PROHIBITION**

**THIS CAUSE** came before the Court on November 8, 2021, on the Petitioner's Verified Petition for Writ of Mandamus. The allegations contained in the Verified Petition for Writ of Mandamus are incorporated herein by reference. *See* Fla. R. Civ. P. 1.630(d)(2). Upon this Court's review, Petitioner's claim is legally sufficient.

**WHEREFORE**, it is hereby **ORDERED** that Respondents shall **SHOW CAUSE** within **20 days** of the date of this Order as to why the Petition should not be granted. *See* Fla. R. Civ. P. 1.630(d), (e); Fla. R. App. P. 9.100(h). All pending City Council of Lake City proceedings related to filling the District 14 seat on the City Council are stayed pending this Court's final resolution of the Verified Petition for Writ of Mandamus. *See Stokes v. Jones*, 317 So. 3d 262, 263 (Fla. 1st DCA 2021) (citing Fla. R. App. P. 9.100(h) ("In prohibition proceedings, the issuance of an order directing the respondent to show cause shall stay further proceedings in the lower tribunal.")

**DONE** in Chambers in in Columbia County, Florida, this 8th day of November 2021.

_______________________________
~~WESLEY R. DOUGLAS~~, CIRCUIT JUDGE
Darren Jackson
Acting Circuit Judge

Electronically Filed Columbia Case # 21000288CAAXMX 11/08/2021 05:15:25 PM

# EXHIBIT D

Gmail Befaithful Coker <befaithfulcoker@gmail.com>

**Available Hearing Dates for the Circuit Court Cases**

**Monica Ray** <Monica@klolaw.com> Fri, Jul 22, 2022 at 10:48 AM
To: Befaithful Coker <befaithfulcoker@gmail.com>
Cc: Kris Robinson <kbr@rkkattorneys.com>, Joel Foreman <joel@foreman.law>, "Millicent A. Schneider" <schneider.millie@jud3.flcourts.org>, "FredSr." <FredSr@klolaw.com>

Dear Ms. Coker:

The stay has expired by its own terms.

In order to get the case you filed moving, we sent you four proposed hearing dates. Since we did not get an agreeable date from you, we will use the date agreed upon by a majority of the other individuals involved. Attached is a Notice of Hearing for August 15, 2002 at 1:30 p.m. It itemizes the motions that the City will call up for hearing.

Sincerely,

Monica Ray, Legal Assistant

386.269.9802 Lake City, FL 386.516.2626 Live Oak, FL
352.519.4357 Gainesville, FL 888.908.8699

---

**From:** Befaithful Coker <befaithfulcoker@gmail.com>
**Sent:** Saturday, July 16, 2022 8:19 AM
**To:** Monica Ray <Monica@klolaw.com>
**Cc:** Kris Robinson <kbr@rkkattorneys.com>; Joel Foreman <joel@foreman.law>; Millicent A. Schneider <schneider.millie@jud3.flcourts.org>
**Subject:** Re: Available Hearing Dates for the Circuit Court Cases

Monica,

Thank you for the email. I am not available any of those dates and will need fates into September.. I am unaware of an Order lifting the Stay, if you have it please forward as I don't see it. I have checked my emails and double checked my spam and I do not see a Motion for the Stay to be lifted.

Your email does not indicate what the hearing is to discuss but regarding my schedule for future reference, I can provide more detail into September but right now, I am available any Wednesday or Thursday in September. I am unavailable between now and August.between summer, the children, the federal lawsuit, and campaigning.

Lastly, when a Motion to Lift the Stay is filed there are the Motions fom Reconsideration to be heard and Monday I will be filing a Motion for Contempt, and a Motion to Change Venue,

Have a good weekend.

Thank you again for the email.
Bea

On Wed, Jul 13, 2022, 9:37 AM Monica Ray <Monica@klolaw.com> wrote:

Dear Ms. Coker:

We have obtained the following potential hearing dates/times for the Circuit Court Cases. Please review the list and let us know if you will be unavailable for one or more of those dates/times. After hearing from you and the other party, or five days from now, we will schedule the hearing for the first available time.

8/9 9am
8/15 130pm
8/16 9am
8/18 9am

Sincerely,

Headshot

**Monica Ray, Legal Assistant**

386.269.9802 Lake City, FL 386.516.2626 Live Oak, FL
352.519.4357 Gainesville, FL 888.908.8699

The information in this e-mail message is legally privileged and confidential information. If you have received this e-mail in error, please delete it from any device/media where the message is stored.

NOTICE OF HEARING.pdf
205K

# EXHIBIT E

Gmail Befaithful Coker <befaithfulcoker@gmail.com>

## Summer Fest 2022 Invitation

**Befaithful Coker** <befaithfulcoker@gmail.com> Tue, Jul 5, 2022 at 5:57 PM
To: Audrey Sikes <sikesa@lcfla.com>, Melinda At Columbia Elections Office <melinda@votecolumbiafl.gov>, candinfo@votecolumbia.com, Columbia County Elections Office <vote@votecolumbia.com>
Cc: David Kraus <david_kraus@columbiacountyfla.com>, "Bruner, Joyce" <BrunerJ@lcfla.com>, tv20news@wcjb.com, "Ben Frazier (The Black Viewpoint)" <Benfrazier985@yahoo.com>, Stew Lilker <StewLilker@columbiacountyobserver.com>, Mario Coppock <mario_coppock@columbiacountyfla.com>
Bcc: eunicebarnum <eunicebarnum@bellsouth.net>, Christopher Esing <christopheresing@yahoo.com>, Ronald Williams <ronwms2@gmail.com>, DAVID ADEL <Biggator76e@yahoo.com>, Dan Sweat <dsweat_se1@comcast.net>, Daniel Witt <Dswitt@ymail.com>, Tina Hotmail <tinacroberts@hotmail.com>, Tina Roberts <mamatinatolyla@gmail.com>, annaeversole82@gmail.com, Williambdouglass70@gmail.com, Ken Bochette <tbutch32@gmail.com>, Stew Lilker <stewlilker@live.com>, Stew Lilker <StewLilker@columbiacountyobserver.com>, Carolyn Wright <future_mrsb@yahoo.com>, coppref1@yahoo.com, "Kim (Museum)" <k_estergren@hotmail.com>, Kim Esing <kimesing@gmail.com>

The attached flyer showed up in my spam folder earlier today, despite the date listed being June 17, 2022.

Nonetheless on this date June 17, 2022 the qualification period had occurred and the identity of the candidates was known. Richardson Community Center is a municipal owned property at last I checked and is listed as a County Parks and Recreation facility.

The attached flyer for a political election forum identifies some candidates and omits others. I cannot believe it is the intention of the City, County, or the Supervisor of Electoon to interfere with the information provided to citizens and this flyer and this event does just that. The flyer misrepresent eligibility of thr candidates known to have qualified on that day..

I am requesting that the event be canceled until the information is corrected and recirculated.

Thank you
Bea Coker


SUMMER FEST
2022
Come meet and hear our local candidates for office and also candidates for state and federal offices.
VOTE
Candidates
Narrie Smith, School Board District 1
Chevella Young, City Council District 10
Hunter Peeler, School Board District 5
Ricky Jernigan Sr, City Council District 14
Zack Paulk, School Board District 5
Cherie Hill, School Board District 3
Brandon Peters, Candidate for FL-22
Danielle Hawk, Democrat for Congress FL-03
and others
VOTER REGISTRATION ON SITE - SUPERVISOR OF ELECTIONS, TOMI BROWN
cornhole tournament
cake auction
food vendors welcome
Contact Information
Dr. Lawrence Davis
email contact is ldavis753@yahoo.com
or telephone is (386)697-4002
CO-SPONSOR RICHARDSON COMMUNITY CENTER ADVISORY BOARD
Saturday,
JULY 9, 2022
Event Time
6:00pm- 9:00pm
Richardson Community Center
255 NE Coach Anders Lake City, FL 32055

WEDNESDAY, JULY 6, 2022 | YOUR COMMUNITY NEWSPAPER SINCE 1874 | $1.00

Lake City Reporter

LAKECITYREPORTER.COM

# Fried to headline Summer Fest

Candidates, cornhole and cakes to highlight public event at RCC.

By MORGAN MCMULLEN
mmcmullen@lakecityreporter.com


Fried

With campaign season already in full swing, one local forum is set to host a wide array of leaders and candidates across the political spectrum.

The Richardson Community Center will host its Summer Fest 2022 event on Saturday. Co-sponsored by the Richardson Community Center Advisory Board, the event will mix in several summer favorites alongside stump speeches from candidates running for local, state and national offices.

"It really is all about civic engagement," event organizer Lawrence Davis said. "There's a lot of people out there that's voting, there are a lot of issues and concerns that are coming up, and voters need to know what the position of our candidates are on these issues."

The event was originally scheduled to be held on May 14, but a scheduling conflict with one of the bigger names set to appear at the rally pushed it back to July. Current Agriculture Commissioner and gubernatorial candidate Nikki Fried, scheduled to appear on Saturday from 12:30-1:30 p.m., would not have been able to make the May date, but Davis' team was able to get Fried to reschedule for this month.

"As it turned out, we organized — the committee and myself — we picked the date and went with that date," Davis said. "It just so happens that she's accommodating us this time."

While Fried will spend an hour at the community

FEST continued on 3A

# UNITED STATES DISTRICT COURT

For the
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BEFAITHFUL COKER,

Plaintiffs, CASE NO.:**322-CV-518-MMH-LLL**

vs.

SLYVESTER WARREN, III,et al.

Defendants.

## CERTIFICATE OF SERVICE

EMERGENCY NOTICE OF REMOVAL was served upon each Defendant via email as listed below on August 10, 2022:

a. LUCAS JORDAN TAYLOR
Sellers, Taylor & Morrison, PA
108 W Howard St
Live Oak, FL 32064
lucas.taylor@suwanneelawyers.com

i. SYLVESTER WARREN III,
Defendant Warren

ii. JUSTICE AND EQUALITY COALITION, INCORPORATED
Defendant Agents Equality

iii. STEPHEN DOUGLAS
Defendant Douglas

iv. GLENEL BOWDEN
Defendant Bowden

v. VANESSA GEORGE
Defendant George

vi. NATHAN GAMBLES
Defendant Gambles

b. William B. Armistead
Coppins Monroe, P.A.
1319 Thomaswood Dr.
Tallahassee, FL 32308
warmistead@coppinsmonroe.com

i. CHRISTOPHER TODD SAMPSON
Defendant Sampson

c. Susan Smith Erdeyi
Marks Gray, PA
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32207
SErdelyi@marksgray.com
Jmcduffie@marksgray.com

i. AUDREY SIKES
Defendant Deputy Supervisor

ii. CITY COUNCIL OF LAKE CITY FLORIDA
Defendant City Council

iii. JAKE HILL
Defendant HilL

iv. EUGENE JEFFERSON
Defendant Jefferson

v. STEPHEN WITT
Defendant Witt

vi. FRED KOBERLEIN JR.
Defendant City Attorney

vii. CHRISTOPHER TODD SAMPSON
Defendant Sampson

d. Jennifer C. Biewend
Robinson, Keenon, and Kendrom, PA
jcb@rkkattorneys.com
655 NW Lona Loop
Lake City, FL 32025

i. KRIS BRADSHAW ROBINSON
Defendant Robinson

e. Stephanie Roman Caban, Esquire
McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A.
1709 Hermitage Boulevard, Suite 200
Tallahassee FL 32308
SRomancaban@mcconnaughhay.com

i. TOMI BROWN
Defendant Brown

ii. COLUMBIA COUNTY BOARD OF COUNTY COMMISSIONERS
Defendant CCBCC

iii. RONALD WILLIAMS
Defendant Williams

iv. JOEL FLETCHER FOREMAN
Defendant Foreman

f. Brooks C. Ratchet
Bromagen, Ratchet, Klee & Smith PA
628 Atlantic Boulevard
Atlantic Beach, FL 32233
eservice@bromagenlaw.com

i. NORTHEAST FLORIDA NEWSPAPERS, LLC
Defendant Reporter

ii. TODD WILSON
Defendant Wilson

g. Robert Bruce George Liles Firm, PA
50 N. Laura St.
Jacksonville, FL 32202
Rgeorge@thelilesfirm.com

i. LAKE CITY, COLUMBIA COUNTY CHAMBER OF COMMERCE
Defendant Lake City Reporter

ii. STEVE SMITH
Defendant Smith

h. Ashley Davis
Ashley.Davis@dos.myflorida.com

i. SECRETARY OF STATE
Defendant Secretary

i. Christopher Torres
christopher.torres@myfloridalegal.com
joann.mrazek@myfloridalegal.com
steven.holcomb@myfloridalegal.com

i. DAVID FINA
Defendant Fina

August 10, 2022

Befaithful Coker, Pro Se
Po Box 15
Lake City, Florida 32056
386.697.6075
Befaithfulcoker@gmail.com