# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BEFAITHFUL COKER,

    Plaintiff,

vs.       Case No. 3:22-cv-518-MMH-LLL

SLYVESTER WARREN, III, et al.,

    Defendants.

_____/

## O R D E R

**THIS CAUSE** is before the Court on the Emergency Notice of Removal (Doc. 115; Notice) filed by Plaintiff Befaithful Coker on August 11, 2022. In the Notice, Plaintiff purports to remove to this Court various pending cases that she previously initiated in Florida state court. See generally Notice. Removal of civil actions from state court to federal court is governed by 28 U.S.C. § 1441. Pursuant to this statute,

> [e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed <u>by the defendant or the defendants</u>, to the district court of the United States for the district and division embracing the place where such action is pending.

See 28 U.S.C. § 1441(a) (emphasis added). Pursuant to the plain language of the statute, Congress has restricted the right of removal solely to defendants.

1

See Shamrock Oil & Gas Corp. v. Sheets, 313 U.S. 100, 104-09 (1941).  Because Plaintiff, not Defendants, attempted to affect a removal here, the removal is not authorized under the statute.  Accordingly, the Emergency Notice of Removal is due to be stricken.[1]  In light of the foregoing, it is

**ORDERED:**

The Emergency Notice of Removal (Doc. 115) is **STRICKEN**.

**DONE AND ORDERED** at Jacksonville, Florida this 11th day of August, 2022.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies:

Counsel of Record
Pro Se Parties

Clerk of the Circuit Court,
    Third Judicial Circuit, in and for
    Columbia County, Florida

---

[1] Even if Plaintiff's purported removal were permitted, a party cannot remove a state court action into a pending case.  Rather, a removing party must initiate a new civil action and pay the filing fee.  For this additional reason, the Notice is improperly filed in this action and due to be stricken.

2