UNITED STATES DISTRICT COURT
For the
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BEFAITHFUL COKER,
Plaintiff, CASE NO.:322-CV-518-MMH-LLL
vs.

SYLVESTER WARREN, III,et al.
Defendants.

**NOTICE OF APPEAL**

Comes now Befaithful Coker, who hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment of the United States District Court for the Middle District of Florida Jacksonville Division dismissing the Complaint in favor of the Defendants. This Notice of Appeal is filed pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure.

Respectfully submitted on April 1, 2023,

Befaithful Coker, Pro Se
PO Box 15
Lake City, FL 32056
386.697.6075
befaithfulcoker@gmail.com

DISTRICT COURT
For the
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BEFAITHFUL COKER,
Plaintiff, CASE NO.:322-CV-518-MMH-LLL
vs.

SYLVESTER WARREN, III,et al.
Defendants.

**CERTIFICATE OF SERVICE**

PLAINTIFF'S NOTICE OF APPEAL has been delivered to the Defendants as listed below on April 1, 2023 as listed below.

**Via Email to respective counsel for each**

a. SYLVESTER WARREN III,
Defendant Warren
930 Joe Coney Street
Lake City, FL 32055
swarren3rd@icloud.com

   i. JUSTICE AND EQUALITY COALITION, INCORPORATED
   Defendant Agents Equality
   930 Joe Coney Street
   Lake City, FL 32055
   Registered Agent: Sylvester Warren III
   swarren3rd@icloud.com

b. Susan Smith Erdeyl
Marks Gray, PA
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32207

   i. AUDREY SIKES
   Defendant Deputy Supervisor

ii. CITY COUNCIL OF LAKE CITY FLORIDA
Defendant City Council

iii. CHRISTOPHER TODD SAMPSON
Defendant Sampson

iv. JAKE HILL
Defendant HilL

v. EUGENE JEFFERSON
Defendant Jefferson

vi. STEPHEN WITT
Defendant Witt

vii. FRED KOBERLEIN JR.
Defendant City Attorney

c. Jennifer C. Biewend
Robinson, Keenon, and Kendrom, PA
jcb@rkkattorneys.com
655 NW Lona Loop
Lake City, FL 32025

i. KRIS BRADSHAW ROBINSON
Defendant Robinson

d. DAVID FINA
Defendant Fina
200 S. Ohio Avenue #104
Live Oak, FL 32064

e. Stephanie Roman Caban, Esquire
McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A.
1709 Hermitage Boulevard, Suite 200
Tallahassee FL 32308
SRomancaban@mcconnaughhay.com

i. TOMI BROWN
Defendant Brown

ii. COLUMBIA COUNTY BOARD OF COUNTY COMMISSIONERS
Defendant CCBCC

iii. RONALD WILLIAMS
Defendant Williams

iv. JOEL FLETCHER FOREMAN
Defendant Foreman

f. STEPHEN DOUGLAS
Defendant Douglas
205 SE Butler Glenn
Lake City, FL 32025
stephen@lakecitystorage.com

g. Brooks C. Ratchet
Bromagen, Ratchet, Klee & Smith PA
628 Atlantic Boulevard
Atlantic Beach, FL 32233
eservice@bromagenlaw.com

i. NORTHEAST FLORIDA NEWSPAPERS, LLC
Defendant Reporter

ii. TODD WILSON
Defendant Wilson

h. GLENEL BOWDEN
Defendant Bowden
1156 Ne Bascom Norris
Lake City, Fl 32025
glenelbowden1@aol.com

i. VANESSA GEORGE
930 Joe Coney Street
Lake City, FL 32055

j. NATHAN GAMBLES
Defendant Gambles
318 NW Mathews Street

Lake City, FL 32055

k. Robert Bruce George Liles Firm, PA
50 N. Laura St.
Jacksonville, FL 32202
Rgeorge@thelilesfirm.com

i. LAKE CITY, COLUMBIA COUNTY CHAMBER OF COMMERCE
Defendant Chamber
162 S. Marion Avenue
Lake City, FL 32025

ii. STEVE SMITH
Defendant Smith
377 NW Lona Loop
Lake City, FL 32025

l. SECRETARY OF STATE
Defendant Secretary
RA Gray Building
Tallahassee, FL 32301

April 1, 2023

Befaithful Coker, Pro Se
Po Box 15
Lake City, Florida 32056
386.697.6075
Befaithfulcoker@gmail