**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 01, 2023

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 23-11160-B
Case Style: Befaithful Coker v. Slyvester Warren, III, et al
District Court Docket No: 3:22-cv-00518-MMH-LLL

The referenced appeal was dismissed.

Appellant's motion to reinstate this appeal has been granted by the clerk.

Appellant's reply brief is due 21 days from the date of this letter.

Please mail the paper copies of your appendix to the Court.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

REINST-2 Clerk Reinst_Mot Granted

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 23-11160-B

---

BEFAITHFUL COKER,

Plaintiff - Appellant,

V. C.,
Minor Child,
M.C.,
Minor Child,

Plaintiffs,

versus

SLYVESTER WARREN, III,
individually,
JUSTICE AND EQUALITY COALITION, INCORPORATED,
collectively,
CITY COUNCIL OF LAKE CITY FLORIDA,
individually and collectively,
JAKE HILL,
individually and in his official capacity,
EUGENE JEFFERSON,
individually and in his official capacity, et al.,

Defendants - Appellees,

KOBERLEIN LAW OFFICE, et al.,

Defendants.

---

Appeal from the United States District Court
for the Middle District of Florida

---

ORDER: The motion to reinstate appeal is GRANTED. The appeal is reinstated by the clerk, effective December 01, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION