In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 23-11160

---

BEFAITHFUL COKER,

Plaintiff-Appellant,

V. C.,
Minor Child,
M.C.,
Minor Child,

Plaintiffs,

*versus*

SLYVESTER WARREN, III,
individually,
JUSTICE AND EQUALITY COALITION, INCORPORATED,
collectively,
CITY COUNCIL OF LAKE CITY FLORIDA,
individually and collectively,
JAKE HILL,
individually and in his official capacity,

EUGENE JEFFERSON,
individually and in his official capacity, et al.,

Defendants-Appellees,

KOBERLEIN LAW OFFICE, et al.,

Defendants.

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cv-00518-MMH-LLL

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 4, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: July 7, 2025

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 07, 2025

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 23-11160-AA
Case Style: Befaithful Coker v. Slyvester Warren, III, et al
District Court Docket No: 3:22-cv-00518-MMH-LLL

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate